UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| JERRY SINGLETARY, Individually and on behalf of those Similarly Situated, | Case No. **3:22-cv-00083** |
| v. | Class and Collective Action |
| AECOM and AMENTUM SERVICES, INC., | Jury Trial Demanded |

## **FINAL JUDGMENT**

THIS CAUSE comes before the Court on the Parties Petition to Confirm Confidential Arbitration Award under 9 U.S.C. § 9. Arbitrator William Lemons was the appointed arbitrator. In this capacity, he issued an Award on March 10, 2022, which has been filed under seal with this Court and is incorporated herein. The issues having been fully arbitrated and no grounds for vacating the Award having been presented to the Court, it is ORDERED AND ADJUDGED:

1. The March 10, 2022 Arbitration Award is final, enforceable and fair and reasonable resolutions of contested litigation involving *bona fide* disputes.

2. The Arbitration Award finally disposes of all parties and all claims. All relief not expressly granted in the Award is denied.

3. The Exhibits filed under seal shall remain confidential.

4. Any other pending motion or matter is DISMISSED as moot.

5. The Clerk shall CLOSE the case.

IT IS SO ORDERED ON __March 25__, 2022, in Galveston, Texas.

_____
United States Magistrate Judge